UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NORMA MAHLER, et al.**                              **CIVIL ACTION**

**VERSUS**                                             **NO. 15-2223**

**STEPHEN E. METZINGER, M.D., et al.**                **SECTION "G"(2)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of defendants to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' Motion for Attorneys' Fees and Costs is hereby **DENIED.**

**NEW ORLEANS, LOUISIANA,** this __20th__ day of November, 2015.

            **NANNETTE JOLIVETTE BROWN**
            **UNITED STATES DISTRICT JUDGE**